ACCEPTED
12-14-00081-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/2/2015 1:53:13 PM
Pam Estes
CLERK



BOARD
CERTIFIED®

Criminal Law

*Leslie Poynter Dixon*

Attorney at Law
P.O. Box 636
Edgewood, Texas 75117
Tel: 903-896-7649  Fax: 903-896-7686
Email: Leslie@LesliePDixon.LegalOffice.Pro

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/2/2015 1:53:13 PM
PAM ESTES
Clerk

December 2, 2015

Cathy S. Lusk
Clerk, Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:       Case Numbers:       12-14-00081-CR and 12-14-00082-CR
          Trial Court Case Number:     A-19,733, A-19-734

STYLE:    Christopher David Swofford vs. The State of Texas

Ms. Lusk:

I had previously certified that on November 17, 2015 I sent Christopher David Swofford a copy
of this Court's opinion and judgment, along with notification of his right to file a pro se petition
for discretionary review under Rule 68.  I have received the return receipt from the postal service
and have attached a copy of the receipt showing delivery on November 23, 2015.

Sincerely,
/s/ Leslie Poynter Dixon

LESLIE POYNTER DIXON

Attachment

## SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher David Swofford
TDCJ-ID 01908208
Pack 1 Unit
2400 Wallace Pack Road
Navasota, Tx 77868

9590 9401 0017 5071 4755 89

2. Article Number (Transfer from service label)

7012 2210 0001 5660 2533

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _S. Selby_

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

S Selby    6/23/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt